| | |
|---|---|
| MATTHEW R. COWAN (S.B. #281114)<br>mcowan@omm.com<br>O'MELVENY & MYERS LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, California 90071-2899<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407<br><br>ANTON METLITSKY*<br>ametlitsky@omm.com<br>JENNIFER SOKOLER*<br>jsokoler@omm.com<br>O'MELVENY & MYERS LLP<br>1301 Avenue of the Americas, Suite 1700<br>New York, NY 10019<br>Telephone: (212) 326-2000<br>Facsimile: (211) 326-2061<br><br>MEAGHAN VERGOW*<br>mvergow@omm.com<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br><br>*Attorneys for Defendants*<br><br>\**Pro hac vice* forthcoming | DAVID M. ROSENBERG-WOHL (S.B. #132924)<br>david@hrw-law.com<br>Hershenson Rosenberg-Wohl,<br>A Professional Corporation<br>3080 Washington St.<br>San Francisco, CA 94115<br>Telephone: (415) 317-7756<br><br>*Attorney for Plaintiff, Jonathan Groveman* |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| JONATHAN GROVEMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UC DAVIS, et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-01421-AC<br><br>**STIPULATED MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER**<br><br>Judge:　　Hon. Allison Claire<br>Courtroom:　26, 8th Floor |

Pursuant to Local Rules 143, 144, and 233, the Parties, by and through their attorneys of record, hereby stipulate and request as follows:

1. Defendants' time to respond to Plaintiff's complaint filed on May 17, 2024 is extended for each of Defendants from either June 24, 2024 or June 25, 2024 to August 8, 2024.

2. Good cause exists for the agreed extension because Defendants retained O'Melveny & Myers LLP as counsel on June 17, 2024 and Defendants and their counsel seek a 45-day extension of the deadline to respond to Plaintiff's complaint to investigate the complaint and finalize a response to it.

3. This requested deadline is the Parties' first request to extend time.

Dated: June 21, 2024                Respectfully submitted,

By:   /s/ *Matthew R. Cowan*
      MATTHEW R. COWAN
      *Attorney for Defendants University of California, Davis; The Regents of the University of California; Michael V. Drake; Gary S. May; Mary Croughan; Renetta Garrison Tull; Clare Shinnerl; and Pablo Reguerin*

Dated: June 21, 2024                Respectfully submitted,

By:   /s/ *David M. Rosenberg-Wohl*
      (authorized 6/21/24)
      DAVID M. ROSENBERG-WOHL

      *Attorney for Plaintiff, Jonathan Groveman*

**[PROPOSED] ORDER**

The Parties' Stipulated Motion for Administrative Relief is approved. Accordingly, IT IS HEREBY ORDERED that:

1. The deadline for each of Defendants to file a response to Plaintiff's complaint is extended from either June 24, 2024 or June 25, 2024 to August 8, 2024.

**IT IS SO ORDERED.**

**DATED:** June 24, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE