

# United States District Court
# Eastern District of California

| JONATHAN GROVEMAN | Case Number: 2:24-cv-01421-AC |
|---|---|
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| UC DAVIS, et al. | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jennifer B. Sokoler hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: see attached list

On 06/19/2013 (date), I was admitted to practice and presently in good standing in the Supreme Court of the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/15/2024          Signature of Applicant: /s/ Jennifer B. Sokoler

**Pro Hac Vice Attorney**

Applicant's Name: Jennifer B. Sokoler
Law Firm Name: O'Melveny & Myers LLP
Address: 1301 Avenue of the Americas, 17th Floor

City: New York  State: NY  Zip: 10019
Phone Number w/Area Code: (212) 326-2000
City and State of Residence: Brooklyn, NY
Primary E-mail Address: jsokoler@omm.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Matthew R. Cowan
Law Firm Name: O'Melveny & Myers LLP
Address: 400 South Hope Street, 19th Floor

City: Los Angeles  State: CA  Zip: 90071
Phone Number w/Area Code: (213) 430-6000  Bar #: 281114

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _____

_____
JUDGE, U.S. DISTRICT COURT

**Attachment to Application for Pro Hac Vice**

**Defendants:**
University of California, Davis
The Regents of the University of California
Michael V. Drake
Gary S. May
Mary Croughan
Renetta Garrison Tull
Clare Shinnerl
Pablo Reguerin



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Jennifer Beth Sokoler

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 19, 2013**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on June 27, 2024.

*Robert D. Mayberger*
Clerk of the Court

CertID-00180938