| | |
|---|---|
| DAVID M. ROSENBERG-WOHL (S.B. #132924)<br>david@hrw-law.com<br>Hershenson Rosenberg-Wohl,<br>A Professional Corporation<br>3080 Washington St.<br>San Francisco, CA 94115<br>Telephone: (415) 317-7756<br><br>*Attorney for Plaintiff* | MATTHEW R. COWAN (S.B. #281114)<br>mcowan@omm.com<br>O'MELVENY & MYERS LLP<br>400 South Hope Street, 19th Floor<br>Los Angeles, California 90071-2899<br>Telephone:   (213) 430-6000<br>Facsimile:   (213) 430-6407<br><br>MEAGHAN VERGOW*<br>mvergow@omm.com<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Telephone:   (202) 383-5300<br>Facsimile:   (202) 383-5414<br><br>ANTON METLITSKY*<br>ametlitsky@omm.com<br>JENNIFER SOKOLER*<br>jsokoler@omm.com<br>O'MELVENY & MYERS LLP<br>1301 Avenue of the Americas, Suite 1700<br>New York, NY 10019<br>Telephone:   (212) 326-2000<br>Facsimile:   (212) 326-2061<br><br>*Attorneys for Defendants*<br>**Admitted pro hac vice* |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN GROVEMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UC DAVIS, REGENTS OF THE UNIVERSITY OF CALIFORNIA, MICHAEL V. DRAKE, GARY S. MAY, MARY CROUGHAN, RENETTA GARRISON TULL, CLARE SHINNERL, PABLO REGUERIN, AND DOES 1-10,<br><br>　　　　　Defendants. | Case No. 2:24-cv-01421-DJC-AC<br><br>**AM. STIPULATED MOTION FOR ADMINISTRATIVE RELIEF REGARDING AMENDED COMPLAINT AND BRIEFING SCHEDULE; [PROPOSED] ORDER**<br><br>Assigned to Hon. Daniel J. Calabretta<br>Courtroom 10 |

**TO THE COURT:**

Pursuant to Local Rules 143, 144, and 233, the Parties, by and through their attorneys of record, hereby stipulate and request as follows:

WHEREAS, on May 17, 2024, Jonathan Groveman ("Plaintiff") filed a Complaint alleging claims under 42 U.S.C. § 1983 based on alleged violations of Plaintiff's rights under the Equal Protection and Free Exercise Clauses, a claim under Title VI of the Civil Rights Act of 1964, and a claim under Title II of the Americans with Disabilities Act ("Complaint") against Defendants UC Davis, The Regents of the University of California, Michael V. Drake, Gary S. May, Mary Croughan, Renetta Garrison Tull, Clare Shinnerl, and Pablo Reguerin ("Defendants").

WHEREAS, the case was initially assigned to Magistrate Judge Allison Claire, who entered an order on June 24, 2024, extending Defendants' time to respond to the Complaint to August 8, 2024 (ECF No. 13).

WHEREAS, the case was reassigned to this Court on August 6, 2024 (ECF No. 18).

WHEREAS, pursuant to this Court's Standing Order in Civil Cases, the parties met and conferred on August 7, 2024, to discuss Defendants' contemplated motion to dismiss the Complaint.  The parties also conferred, pursuant to this Court's Initial Case Management Order, about the Rule 26(f) discovery plan.  During the meet and confer, the parties agreed, subject to the Court's approval, to set a schedule for the filing of an amended complaint, responsive motions, and the Rule 26(f) discovery plan.  *See* ECF No. 21.

**WHEREAS, in the time between the parties' filing of the prior Stipulation and the present, there have been significant developments that may have a bearing on this matter, including an August 19, 2024 University of California Office of the President directive for policies impacting expressive activities.**

**WHEREAS, Plaintiff seeks a week's time to consider these developments in the context of the agreed-upon amendment to his complaint and Defendants agree**

**that such consideration is in the interest of judicial efficiency;**

NOW, THEREFORE, the parties, jointly stipulate, agree, and request that the Court order the following **amended** schedule.

| | |
|---|---|
| Deadline for Plaintiff to file an amended complaint | September 4, 2024 |
| Deadline for Defendants to respond to the amended complaint | September 30, 2024 |
| Deadline for the Parties to file the joint Rule 26(f) discovery plan | October 7, 2024 |

Dated: August 27, 2024.    By:  */s/ David M. Rosenberg-Wohl*
                                David M. Rosenberg-Wohl

                                *Attorney for Plaintiff*


Dated: August 27, 2024.    By:  */s/ Matthew R. Cowan*
                                Matthew R. Cowan

                                *Attorney for Defendants*

# [PROPOSED] ORDER

The Parties' Stipulated Motion for Administrative Relief is approved. Accordingly, IT IS HEREBY ORDERED that:

1. The deadline for Plaintiff to file an amended complaint is September 4, 2024.

2. The deadline for Defendants to respond to the amended complaint is September 30, 2024.

3. The deadline for the Parties to file the joint Rule 26(f) discovery plan is October 7, 2024.

**IT IS SO ORDERED**.

Dated: _____       By: _____
                                      DANIEL J. CALABRETTA
                                      UNITED STATES DISTRICT JUDGE