

United States District Court
Eastern District of California

| JONATHAN GROVEMAN | |
|---|---|
| Plaintiff(s) | Case Number:  2:24-cv-01421-DJC-AC |

V.

| UC DAVIS, et al. | |
|---|---|
| Defendant(s) | APPLICATION FOR PRO HAC VICE AND ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Jennifer B. Sokoler hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

see attached list

On _____06/19/2013_____ (date), I was admitted to practice and presently in good standing in the

_____Supreme Court of the State of New York_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: _____07/15/2024_____          Signature of Applicant: /s/ Jennifer B. Sokoler

**Pro Hac Vice Attorney**

Applicant's Name:            Jennifer B. Sokoler

Law Firm Name:             O'Melveny & Myers LLP

Address:                        1301 Avenue of the Americas, 17th Floor


City:                             New York            State:   NY        Zip:  10019

Phone Number w/Area Code:  (212) 326-2000

City and State of Residence:  Brooklyn, NY

Primary E-mail Address:       jsokoler@omm.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:       Matthew R. Cowan

Law Firm Name:             O'Melveny & Myers LLP

Address:                        400 South Hope Street, 19th Floor


City:                             Los Angeles         State:   CA        Zip:     90071

Phone Number w/Area Code:  (213) 430-6000                  Bar #       281114

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  September 6, 2024

*Daniel J. Calabretta*

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE