| | |
|---|---|
| DAVID M. ROSENBERG-WOHL (S.B. #132924)<br>david@hrw-law.com<br>Hershenson Rosenberg-Wohl,<br>A Professional Corporation<br>3080 Washington St.<br>San Francisco, CA 94115<br>Telephone: (415) 317-7756<br><br>*Attorney for Plaintiff* | MATTHEW R. COWAN (S.B. #281114)<br>mcowan@omm.com<br>O'MELVENY & MYERS LLP<br>400 South Hope Street, 19th Floor<br>Los Angeles, California 90071-2899<br>Telephone:   (213) 430-6000<br>Facsimile:     (213) 430-6407<br><br>MEAGHAN VERGOW*<br>mvergow@omm.com<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Telephone:   (202) 383-5300<br>Facsimile:     (202) 383-5414<br><br>ANTON METLITSKY*<br>ametlitsky@omm.com<br>JENNIFER SOKOLER*<br>jsokoler@omm.com<br>O'MELVENY & MYERS LLP<br>1301 Avenue of the Americas, Suite 1700<br>New York, NY 10019<br>Telephone:   (212) 326-2000<br>Facsimile:     (212) 326-2061<br><br>*Attorneys for Defendants*<br>*\*Admitted pro hac vice* |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN GROVEMAN,<br><br>                    Plaintiff,<br><br>          v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, MICHAEL V. DRAKE, GARY S. MAY, MARY CROUGHAN, RENETTA GARRISON TULL, CLARE SHINNERL, PABLO REGUERIN, AND DOES 1-10,<br><br>                    Defendants. | Case No. 2:24-cv-01421-DJC-AC<br><br>**ORDER STIPULATED MOTION FOR ADMINISTRATIVE RELIEF REGARDING MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Assigned to Hon. Daniel J. Calabretta<br>Courtroom 10 |

## **ORDER**

The Parties' Stipulated Motion for Administrative Relief is approved. Accordingly, IT IS HEREBY ORDERED that:

1. The deadline for Plaintiff to file an opposition brief to Defendants' motion to dismiss the amended complaint is November 18, 2024.

2. The deadline for Defendants to file a reply brief in support of Defendants' motion to dismiss the amended complaint is December 10, 2024.

3. The hearing on Defendants' motion to dismiss the amended complaint will be held on January 9, 2025, at 1:30 PM in Courtroom 10.

**IT IS SO ORDERED**.

Dated: October 25, 2024              /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE