## UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CALIFORNIA EASTERN DISTRICT

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:24-cv-01421-WBS-AC

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 05/17/24

Date of judgment or order you are appealing: 04/10/25

Docket entry number of judgment or order you are appealing: 50

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Jonathan Groveman

Is this a cross-appeal?   ○ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:    State:    Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** *David Rosenberg-Wohl*   **Date** May 7, 2025

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1   Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Jonathan Groveman

Name(s) of counsel (if any):

David M. Rosenberg-Wohl, Hershenson Rosenberg-Wohl, APC
(In Every Generation)

Address: 3080 Washington St., San Francisco, CA 94115

Telephone number(s): (415) 317-7756

Email(s): david@hrw-law.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

REGENTS OF THE UNIVERSITY OF CALIFORNIA, MICHAEL V. DRAKE, GARY S. MAY, MARY CROUGHAN, RENETTA GARRISON TULL, CLARE SHINNERL, PABLO REGUERIN, AND DOES 1-10

Name(s) of counsel (if any):

Matthew R. Cowan

Address: O'Melveny & Myers LLP, 400 South Hope Street, 19th Fl., Los Angeles,

Telephone number(s): (213) 430-6000

Email(s): mcowan@omm.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    1                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ◯ Yes    ◯ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):
Meaghan Vergow

Address: O'Melveny & Myers LLP, 1625 Eye Street, NW, Washington, DC 20006

Telephone number(s): (202) 383-5300

Email(s): mvergow@omm.com

Name(s) of party/parties:

Name(s) of counsel (if any):
Anton Metlitsky and Jennifer Sokoler

Address: O'Melveny & Myers LLP, 1301 Avenue of the Americas, Suite 1700, Ne

Telephone number(s): (212) 326-2000

Email(s): ametlitsky@omm.com and jsokoler@omm.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*