|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT | **FILED** AUG 26 2025 MOLLY C. DWYER, CLERK U.S. COURT OF APPEALS |

JONATHAN GROVEMAN,

    Plaintiff - Appellant,

 v.

UNIVERSITY OF CALIFORNIA, DAVIS; et al.,

    Defendants - Appellees.

No. 25-3027

D.C. No. 2:24-cv-01421-WBS-AC
Eastern District of California, Sacramento

ORDER

Appellant did not file the opening brief by the due date. This appeal is therefore dismissed. *See* 9th Cir. R. 42-1.

This order becomes the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT